GERALD A. EMANUEL (SBN 61049)
JOEL A. WAELTY (SBN 226728)
**HINKLE, JACHIMOVICZ, POINTER & EMANUEL**
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051

Attorneys for Plaintiff
**TAHIR ZULFIQAR**

JESSE M. JAUREGUI (SBN 129586)
SAYAKA KARITANI (SBN 240122)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
jesse.jauregui@alston.com
sayaka.karitani@alston.com

Attorneys for Defendant
**NOKIA INC.**

IT IS SO ORDERED
Judge Edward J. Davila
8/19/2011

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TAHIR ZULFIQAR,<br><br>Plaintiff,<br><br>v.<br><br>NOKIA INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: CV 10-5840 EJD<br><br>**STIPULATION OF DISMISSAL**<br><br>Honorable Edward J. Davila<br><br>Removal Date: December 22, 2010 |

1
STIPULATION OF DISMISSAL

LEGAL02/32814877v1

1. IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

The Clerk shall close this file.

DATED: August 18, 2011

HINKLE, JACHIMOWICZ, POINTER & EMANUEL

_____
Joel Waelty
Attorneys for Plaintiff
**TAHIR ZULFIQAR**

DATED: August 16, 2011

JESSE M. JAUREGUI
SAYAKA KARITANI
**ALSTON & BIRD LLP**

_____
Jesse M. Jauregui
Attorneys for Defendant
**NOKIA INC.**

2
STIPULATION OF DISMISSAL
LEGAL02/32814877v1