GERALD A. EMANUEL (SBN 61049)
JOEL A. WAELTY (SBN 226728)
HINKLE, JACHIMOVICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051

Attorneys for Plaintiff
**TAHIR ZULFIQAR**

JESSE M. JAUREGUI (SBN 129586)
SAYAKA KARITANI (SBN 240122)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
jesse.jauregui@alston.com
sayaka.karitani@alston.com

Attorneys for Defendant
**NOKIA INC.**

IT IS SO ORDERED
Judge Edward J. Davila
8/19/2011

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TAHIR ZULFIQAR, <br><br> Plaintiff, <br><br> v. <br><br> NOKIA INC., and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: CV 10-5840 EJD <br><br> **STIPULATION OF DISMISSAL** <br><br> Honorable Edward J. Davila <br><br> Removal Date: December 22, 2010 |

1   IT IS HEREBY STIPULATED by and between the parties to this action
2   through their designated counsel that the above-captioned action be and hereby is
3   dismissed with prejudice pursuant to FRCP 41(a)(1).
4   The Clerk shall close this file.

5   DATED: August 18, 2011     HINKLE, JACHIMOWICZ, POINTER &
6                              EMANUEL

7
8                              _____
                                              Joel Waelty
9                              Attorneys for Plaintiff
                               TAHIR ZULFIQAR
10
11
12  DATED: August 16, 2011     JESSE M. JAUREGUI
                               SAYAKA KARITANI
13                             ALSTON & BIRD LLP
14
15                             _____
                                              Jesse M. Jauregui
                               Attorneys for Defendant
16                             NOKIA INC.

17
18
19
20
21
22
23
24
25
26
27
28